**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

March 23, 2021

<u>Via ECF & Email</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

/s/ Ronnie Abrams

Ronnie Abrams, U.S.D.J.
March 23, 2021

**Re: USA v. Pinkney, Nicholas Arboleda**
**Docket No. 19-Cr-12 (RB)**

Dear Judge Abrams:

    I write seeking an amendment to Mr. Arboleda's conditions of bond to permit him to travel to Puerto Rico for a short vacation the first week of April. He will be traveling with friends, a cousin, and likely his mother and brother. United States Probation Officer Rena Bolin and the Government do not object to this request. Mr. Arboleda will provide Officer Bolin with a complete itinerary of his travel plans once his travel is approved and his plans are finalized.

    Mr. Arboleda was released on a $50,000 personal recognizant bond on January 9, 2019, co-singed by two financially responsible person, and as a condition of bond, his travel is restricted to the Southern and Eastern District of New York. He is compliant with his conditions of bond.

    Thank you for your consideration in this matter.

Respectfully,
  /s/
Donna R. Newman
Cc: AUSA David Nessin via email & ECF
    AUSA Jarrod Schaeffer via email & ECF
   USPO Rena Bolin via email
   Nicholas Arboleda via email