**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

November 29, 2021

<u>Via ECF & Email</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The parties shall provide the Court with another status update by January 18, 2022.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 30, 2021

**Re: USA v. Pinkney, Nicholas Arboleda**
**Docket No. 19-Cr-12 (RB)**

Dear Judge Abrams:

    I write as a follow-up to the Court conference held on November 18, 2021, and to inform the Court that Mr. Arboleda's next court appearance with respect his pending New York Bronx County misdemeanor charge of menacing is on January 6th at 9:30 am. I will keep the Court informed as to the developments in that matter.

Respectfully,
  /s/
Donna R. Newman
Cc: AUSA David Nessin via email & ECF
    AUSA Jarrod Schaeffer via email & ECF
    USPO Dayshawn C. Bostic
    Nicholas Arboleda via email