**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

January 18, 2022

Via ECF & Email
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: USA v. Pinkney, Nicholas Arboleda**
**Docket No. 19-Cr-12 (RB)**

Application granted.

SO ORDERED.

_/s/_

Ronnie Abrams, U.S.D.J.
January 19, 2022

Dear Judge Abrams:

      Enclosed please find Nicholas Arboleda's letter to the Court as per the Court's request. Mr. Arboleda advised his New York Bronx County misdemeanor charge of menacing case was adjourned because the People were not ready. I have called his state court counsel and I am waiting for a return call to ascertain the status of the case and when a disposition can be expected. As soon as I hear back from his counsel, I will update the Court and the Government. Until then, I suggest a control date of February 1st to advise the Court of the status of the Bronx County matter.

Respectfully,
  /s/
Donna R. Newman
Enc.
Cc: AUSA David Nessin via email & ECF
    AUSA Jarrod Schaeffer via email & ECF
    USPO Dayshawn C. Bostic via Email
    Nicholas Arboleda via email