**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

February 1, 2022

<u>Via ECF & Email</u>
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2022

**Re: USA v. Pinkney, Nicholas Arboleda**
**Docket No. 19-Cr-12 (RB)**

Dear Judge Abrams:

    As advised in my letter to the Court on January 18th, Mr. Arboleda New York Bronx County misdemeanor menacing case was adjourned because the People were not ready. Mr. Arboleda informed me that he is due back in Court the second week of February. I have not heard back from his state court attorney. I suggest I update the Court in thirty days-March 2, 2022.

Respectfully,
  /s/
Donna R. Newman
Enc.
Cc: AUSA David Nessin via email & ECF
    AUSA Jarrod Schaeffer via email & ECF
    USPO Dayshawn C. Bostic via Email
    Nicholas Arboleda via email